CORTIÑAS, J.
 

 We affirm the final judgment and sentence of the circuit court in all respects except his conviction for unlawful possession of a firearm during the commission of a criminal offense. Appellant correctly argues that his conviction on this count is illegal and must be vacated as violative of the double jeopardy clause where he was also convicted of one count of armed carjacking, for which a minimum mandatory sentence of ten years was imposed.
 
 See Cleveland v. State, 587
 
 So.2d 1145 (Fla.1991);
 
 Merrell v. State,
 
 841 So.2d 677 (Fla. 3d DCA 2008);
 
 Hall v. State,
 
 752 So.2d 1245 (Fla. 3d DCA 2000).
 

 Affirmed in part, reversed in part, and remanded.